UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  09-23923-BKC-AJC
LISBET DELGADO

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,366.65 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUN 16 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LISBET DELGADO
6670 NW 39 ST
MIAMI, FL 33166

CLARE CASAS, ESQ.
9600 W SAMPLE RD
#205
CORAL SPRINGS, FL 33065

WELLS FARGO FINANCIAL SYSTEM
FLORIDA INC
4137 121ST STREET
URBANDALE, IA 50323

WELLS FARGO FINANCIAL SYSTEM
FLORIDA INC
4137 121ST STREET
URBANDALE, IA 50323

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   09-23923-BKC-AJC
LISBET DELGADO

CHAPTER 13


LISBET DELGADO

6670 NW 39 ST
MIAMI, FL 33166


CLARE CASAS, ESQ.
9600 W SAMPLE RD
#205
CORAL SPRINGS, FL 33065

WELLS FARGO FINANCIAL SYSTEM   ---------$        4,158.71
FLORIDA INC                                              RETURNED FROM CREDITOR
4137 121ST STREET                                        BECAUSE CASE DISMISSED
URBANDALE, IA 50323                                      CLAIM REGISTER #  2-1

WELLS FARGO FINANCIAL SYSTEM   ---------$          207.94
FLORIDA INC
4137 121ST STREET                                        RETURNED FROM CREDITOR
URBANDALE, IA 50323                                      BECAUSE CASE DISMISSED
                                                         CLAIM REGISTER #  2-1
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130